1  HENNIGAN DORMAN LLP
   RODERICK G. DORMAN (SBN 96908)
2  dormanr@hdlitigation.com
   LAWRENCE M. HADLEY (SBN 157728)
3  hadleyl@ hdlitigation.com
   865 South Figueroa Street, Suite 2900
4  Los Angeles, California 90017
   (213) 694-1200 - Telephone
5  (213) 694-1234 - Facsimile

6  Attorneys for Plaintiff MEDSQUIRE, LLC

7
   FISH & RICHARDSON P.C.
8  Jonathan E. Singer (CA SBN 187908)
   singer@fr.com
9  @ Regent Business Centers LA LLC
   555 West Fifth Street, 31st Floor
10 Los Angeles, CA 90013
   Telephone:  (213) 533-4240
11 Facsimile:  (877) 417-2378

12 Attorneys for Defendant
   SAGE SOFTWARE HEALTHCARE, LLC
13

14

15

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18

19 MEDSQUIRE, LLC,                    ) Case No. CV11-01755 JHN (PLAx)
                                      )
20              Plaintiff,            )
                                      ) **STIPULATION OF DISMISSAL**
21        vs.                         ) **WITH PREJUDICE**
                                      )
22 SAGE SOFTWARE HEALTHCARE,          ) **[ORDER FILED CONCURRENTLY**
   LLC,                               ) **HEREWITH]**
23                                    )
                Defendant.            )
24                                    ) Hon. Jacqueline H. Nguyen
                                      )
25                                    )

26

27

28

CV11-01755 JHN (PLAx)                              STIPULATION OF DISMISSAL
1755113.1

WHEREAS, Plaintiff Medsquire, LLC, and Defendant Sage Software Healthcare, LLC, have reached an amicable settlement of the disputes raised in this action as contained in a separate Patent License and Settlement Agreement ("Agreement");

WHEREAS, Plaintiff agrees to dismiss all its claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a) in accordance with the terms of the Agreement.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Plaintiff Medsquire, LLC, and Defendant Sage Software Healthcare, LLC that all claims in the above-captioned action shall, in accordance with the following Order of Dismissal, be dismissed with prejudice and that each party shall bear its own costs, expenses and attorneys' fees.

DATED:   June 30, 2011            HENNIGAN DORMAN LLP

By   */s/ Lawrence M. Hadley*
          Lawrence M. Hadley

Attorneys for Plaintiff, MEDSQUIRE LLC

DATED:   June 30, 2011            FISH & RICHARDSON, P.C.

By   */s/ Jonathan Singer*
          Jonathan Singer

Attorneys for Defendant SAGE SOFTWARE HEALTHCARE, LLC

CV11-01755 JHN (PLAX)        -1-        STIPULATION OF DISMISSAL
1755113.1