JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDSQUIRE, LLC,<br><br>               Plaintiff,<br><br>    vs.<br><br>SAGE SOFTWARE HEALTHCARE, LLC,<br><br>               Defendant. | Case No. CV11-01755 JHN (PLAx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Jacqueline H. Nguyen |

Pursuant to the Stipulation of Dismissal by and among Plaintiff Medsquire, LLC, and Defendant Sage Software Healthcare, LLC;

IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims in the above-captioned action are dismissed with prejudice, as provided in the parties' Patent License and Settlement Agreement, and each party shall bear its own costs, expenses, and attorneys' fees.

SO ORDERED.

DATED:   June 30, 2011

_____
UNITED STATES DISTRICT JUDGE